**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000572**
**26-OCT-2023**
**01:15 PM**
**Dkt. 15 ORD**

NO. CAAP-23-0000572

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEONA KALIMA, DIANE BONER AND RAYNETTE NALANI AH CHONG, special administrator of the estate of JOSEPH CHING, Deceased and IRENE CORDERO-VIERRA and CHARLES AHLO, on behalf of themselves and all others similarly situated, MAHEALANI WENDT, special administrator of the estate of PEARL PERRY, Deceased, EVANGELINE LANAI, special administrator of the estate of WILLIAM LANAI, Deceased, RAYMOND GURCZYNSKI, special administrator of the estate of ETHEL GURCZYNSKI, Deceased, HANNAH NAKEA, DIANE MATHIAS, ISAIAH SONG, formerly known as Anthony Kea, LOUIS PELEKAI; LIBERTA HUSSEY-ALBAO, WEHILANI M. CHING, Plaintiffs-Appellees,
and
DOE PLAINTIFF NO. 1, on behalf of themselves and all other similarly situated, Plaintiff-Appellee,
v.
STATE OF HAWAI'I, STATE OF HAWAI'I DEPARTMENT OF HAWAIIAN HOME LANDS, STATE OF HAWAI'I HAWAIIAN HOME LANDS TRUST INDIVIDUAL CLAIM REVIEW PANEL, JOSHUA B. GREEN, in his official capacity as Governor of the State of Hawai'i, Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10 AND DOE GOVERNMENTAL ENTITIES 1-10, Defendants-Appellees,
and
ALFRED NAPAHUELUA SPINNEY, AMBROSE S. FERNANDEZ, JR., BARBARA NAKAGAWA, FRANCIS KEOUA GORA AND MATHILDA NOILANI MASON, Interested Persons-Appellees,
and
RICKEY T. RIVERA, JR., Interested Person-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC990004771)

**<u>ORDER</u>**
(By:  Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

On October 26, 2023, the Hawaiʻi Supreme Court, in <u>Rivera v. Cataldo</u>, No. SCPW-23-0000571, entered an opinion directing this court to dismiss self-represented Interested Person-Appellant Rickey T. Rivera, Jr.'s appeal in CAAP-23-0000572.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 26, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge